# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERRY MICHAEL KIGHTLINGER, )
      Petitioner, )
v. ) C.A. No. 06-187 Erie
)
HARRY E. WILSON, et al, )
      Respondents. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on August 17, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on January 7, 2008, recommended that the petition for writ of habeas corpus be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Fayette, where he is incarcerated, and on Respondents. Objections were filed by the Petitioner on February 19, 2008. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 5th Day of March, 2008;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED and that a certificate of appealability is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated January 7, 2008, is adopted as the opinion of the court.

                                                  MAURICE B. COHILL, JR.
                                                  United States District Judge

cc:    Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record _____